IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**WEST VIRGINIA MEDICAL INSTITUTE, INC.,**

    Plaintiff,

v.                                    CIVIL ACTION NO. 2:15-cv-13349

**INNOVATIVE RESOURCE GROUP, LLC
d/b/a APS HEALTHCARE MIDWEST,** a
Wisconsin Limited Liability Company,
**KEPRO ACQUISITIONS, INC.,** a Pennsylvania
Corporation, **WEST VIRGINIA DEPARTMENT
OF ADMINISTRATION, PURCHASING
DIVISION,** a West Virginia Agency, **WEST
VIRGINIA DEPARTMENT OF HEALTH AND
HUMAN RESOURCES,** a West Virginia Agency,
**ANGELA HOBBS,** an individual, and **KRISTYN
TAYLOR,** an individual,

    Defendants.

## CONSENT FOR REMOVAL ON BEHALF OF ANGELA HOBBS

TO:    Cathy Gatson, Clerk
        Circuit Court of Kanawha County
        Judicial Annex, Second Floor
        111 Court Street
        Charleston, WV 25301

Kelli D. Talbott (WVSB #4995)
Office of the WV Attorney General
404 Hamlet Way
Charleston, WV 25314
  *Counsel for Defendant West Virginia
  Department of Administration, Purchasing
  Division*

Carte P. Goodwin (WVSB #8039)
Goodwin & Goodwin, LLP
300 Summers Street, Suite 1500
Charleston, WV 25301
  *Counsel for Plaintiff*

Webster J. Arceneaux, III (WVSB #155)
Ramonda C. Lyons (WVSB #6927)
Lewis Glasser Casey & Rollins, PLLC
300 Summers Street, Suite 700
Charleston, WV 25301
  *Counsel for Innovative Resource Group,
  LLC d/b/a APS Healthcare Midwest and
  KEPRO Acquisitions, Inc.*

EXHIBIT C

Christopher S. Dodrill
Office of the WV Attorney General
812 Quarrier Street, Floor 6
Charleston, WV 25301
  *Counsel for Defendant West Virginia*
  *Department of Health and Human Resources*

PLEASE TAKE NOTICE that Defendant Angela Hobbs, hereby gives consent to the removal of this civil action to the United States District Court for the Southern District of West Virginia.

ANGELA HOBBS

*By Counsel*

CICCARELLO, DEL GIUDICE & LAFON

_____
Michael J. Del Giudice (WVSB #982)
Timothy J. Lafon (WVSB #2123)
1219 Virginia Street, E., Suite 100
Charleston, West Virginia 25301
Ph: 304-343-4440
Fax: 304-343-4464

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

WEST VIRGINIA MEDICAL INSTITUTE, INC.,

    Plaintiff,

v.                                    CIVIL ACTION NO. 2:15-cv-13349 _____

INNOVATIVE RESOURCE GROUP, LLC
d/b/a APS HEALTHCARE MIDWEST, a
Wisconsin Limited Liability Company,
KEPRO ACQUISITIONS, INC., a Pennsylvania
Corporation, WEST VIRGINIA DEPARTMENT
OF ADMINISTRATION, PURCHASING
DIVISION, a West Virginia Agency, WEST
VIRGINIA DEPARTMENT OF HEALTH AND
HUMAN RESOURCES, a West Virginia Agency,
ANGELA HOBBS, an individual, and KRISTYN
TAYLOR, an individual,

    Defendants.

## CONSENT FOR REMOVAL ON BEHALF OF KRISTYN TAYLOR

TO:    Cathy Gatson, Clerk
        Circuit Court of Kanawha County
        Judicial Annex, Second Floor
        111 Court Street
        Charleston, WV 25301

Kelli D. Talbott (WVSB #4995)
Office of the WV Attorney General
404 Hamlet Way
Charleston, WV 25314
    *Counsel for Defendant West Virginia*
    *Department of Administration, Purchasing*
    *Division*

Carte P. Goodwin (WVSB #8039)
Goodwin & Goodwin, LLP
300 Summers Street, Suite 1500
Charleston, WV 25301
    *Counsel for Plaintiff*

Webster J. Arceneaux, III (WVSB #155)
Ramonda C. Lyons (WVSB #6927)
Lewis Glasser Casey & Rollins, PLLC
300 Summers Street, Suite 700
Charleston, WV 25301
    *Counsel for Innovative Resource Group,*
    *LLC d/b/a APS Healthcare Midwest and*
    *KEPRO Acquisitions, Inc.*

Christopher S. Dodrill
Office of the WV Attorney General
812 Quarrier Street, Floor 6
Charleston, WV 25301
  *Counsel for Defendant West Virginia*
  *Department of Health and Human Resources*

PLEASE TAKE NOTICE that Defendant Kristyn Taylor, hereby gives consent to the removal of this civil action to the United States District Court for the Southern District of West Virginia.

KRISTYN TAYLOR

*By Counsel*

CICCARELLO, DEL GIUDICE & LAFON

_____
Michael J. Del Giudice (WVSB #982)
Timothy J. Lafon (WVSB #2123)
1219 Virginia Street, E., Suite 100
Charleston, West Virginia 25301
Ph: 304-343-4440
Fax: 304-343-4464